# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

135524

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 135524
COA: 281912
Wayne CC: 88-014968-01-FC;
88-014969-01-FH;
88-014970-01-FC;
88-014971-01-FC

MARK TYLER ANTHONY,
Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 12, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).

KELLY, J., not participating because of her participation, while a member of the Court of Appeals, in the affirmance of defendant's conviction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

_____
Clerk

p0616